CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUL 17 2007
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MAYNARD ORVILLE OVERTON,<br>Petitioner, | Civil Action No. 7:07cv00176 |
| v. | **FINAL ORDER** |
| GENE M. JOHNSON, Director of<br>Virginia Department of Corrections,<br>Respondent. | By: Hon. Jackson L. Kiser<br>Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that

1) Overton's "Motion to Produce Preliminary Hearing Proceedings" [Docket #12] is **DENIED as MOOT**.

2) Overton's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED**;

3) This action shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to the petitioner and respondent.

ENTER: This 17th day of July, 2007.

/s/ Jackson L. Kiser
Senior U.S. District Judge